154 So. 919

## Martin A. SCOTT v. Vera MOBBS.

8 Div. 534.

Supreme Court of Alabama.

May 15, 1934.

PER CURIAM.

Appeal dismissed for want of prosecution.

153 So. 918

## SOVEREIGN CAMP, W. O. W., v. Minnie DANIEL.

7 Div. 233.

Supreme Court of Alabama.

March 29, 1934.

Wm. B. McCollough, of Birmingham, for appellant.

Culli & Culli and Joe F. Duke, all of Gadsden, for appellee.

FOSTER, Justice.

The undisputed facts of this case show that it is controlled by our cases of Higgins v. Sovereign Camp, W. O. W., 224 Ala. 644, 141 So. 562; Sovereign Camp, W. O. W., v. Batty, 227 Ala. 50, 148 So. 811; Sovereign Camp, W. O. W., v. Harden, 227 Ala. 700, 150 So. 921.

No ruling assigned by appellant was prejudicial when so considered. The judgment is affirmed on the authority of those cases.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

151 So. 922

## STATE of Alabama et al. v. CENTRAL OF GEORGIA R. CO. et al.

3 Div. 72.

Supreme Court of Alabama.

Dec. 21, 1933.

PER CURIAM.

Appeal dismissed by appellants.

152 So. 918

## STATE of Alabama et al. v. LOUISVILLE & NASHVILLE RAILROAD CO.

3 Div. 90.

Supreme Court of Alabama.

Feb. 3, 1934.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for appellants.

Steiner, Crum & Weil, of Montgomery, for appellee.

PER CURIAM.

Corrected and affirmed by agreement.

154 So. 919

## STATE of Alabama et al. v. MOBILE & OHIO R. CO. et al.

3 Div. 104.

Supreme Court of Alabama.

May 17, 1934.

See, also, ante, p. 533, 154 So. 91.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for appellants.

Rufus Creekmore, of St. Louis, Mo., and Steiner, Crum & Weil, of Montgomery, for appellees.

PER CURIAM.

Appeal dismissed by appellants.